## THE PEORIA COUNTY FAIR ASSOCIATION
### v.
## THE UNION BREWING COMPANY.

*Appeal—Practice—Failure to File Briefs.*

The court will reverse for failure of the appellee to file briefs.

[Opinion filed June 11, 1890.]

APPEAL from the Circuit Court of Peoria County; the Hon. T. M. SHAW, Judge, presiding.

Mr. ISAAC J. LEVINSON, for appellant.

No appearance for appellee.

*Per Curiam.* This case was brought on a subscription to appellee for the benefit of the Fair.

The case is brought here by appellant, the Union Brewing Co., and it has filed briefs under the rules of this court, but the appellee has failed to file any briefs under the 26th rule of this court; therefore, under rule 27, we are authorized to and hereby reverse the said judgment, and remand the said cause under said rule.

*Judgment reversed.*